UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELLIOTT COMPANY OF INDIANAPOLIS, :
INC., on behalf of itself and all others similarly :
situated, :
                Plaintiffs, :
 :
v. :
 :
BAYER A.G.; BAYER CORPORATION; :
COVESTRO LLC; BASF SE; BASF :
CORPORATION; DOW CHEMICAL :
COMPANY; HUNTSMAN :
INTERNATIONAL LLC; HUNTSMAN :
CORPORATION; WANHUA CHEMICAL :
GROUP CO., LTD.; WANHUA CHEMICAL :
AMERICA CO., LTD.; MITSUI CHEMICALS, :
INC.; MITSUI CHEMICALS AMERICA, :
INC.; MCNS; and MCNS POLYURETHANES :
USA INC., :
                Defendants. :
--------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2018
```

**ORDER**

18 CV 6882 (VB)

    Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to White Plains if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

From the face of the complaint, it does not appear this case was properly designated to White Plains. Accordingly, by August 8, 2018, plaintiffs' counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18.

Dated:  August 1, 2018
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

8/1/2018