# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION | MDL No. 2862 |

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On October 3, 2018, the Panel transferred 2 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Donetta W. Ambrose.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Ambrose.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of October 3, 2018, and, with the consent of that court, assigned to the Honorable Donetta W. Ambrose.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 12, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIISOCYANATES ANTITRUST LITIGATION

MDL No. 2862

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 18−01391 | Finishing Solutions LLC v. Bayer AG et al |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 18−12357 | Era Polymers Proprietary Limited v. BASF SE et al |
| NEW JERSEY | | | |
| NJ | 2 | 18−12864 | RHINO LININGS CORPORATION v. BASF SE et al |
| NJ | 2 | 18−13617 | NPC COATING, INC. v. BASF SE et al |
| NJ | 2 | 18−14043 | TRI−ISO TRYLINE, LLC v. BASF CORP. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 18−06882 | Elliott Company of Indianapolis, Inc. v. Bayer A.G. et al |
| NYS | 7 | 18−07852 | Bryn Hill Industries, Inc. v. BASF AG et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 18−02958 | EMMA CHEMICALS CO., INC. v. BASF SE et al |
| PAE | 5 | 18−03438 | UNICAST, INC. v. BAYER A.G. et al |